# THE GOLDMAN MARITIME LAW GROUP

### ATTORNEYS & COUNSELORS AT LAW

401 EAST LAS OLAS BLVD.
SUITE 1400
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 332-2448
CELLULAR (617) 784-1100
EMAIL STEVEN@GOLDMANMARITIME.COM

STEVEN E. GOLDMAN, ESQ. *
MICHAEL I. GOLDMAN, ESQ. α
JACQUELINE L. GOLDMAN, ESQ. Ω
JONATHAN R. GOLDMAN, ESQ. Σ
————————
* ADMITTED IN FLORIDA AND NEW YORK
α ADMITTED IN MASSACHUSETTS AND NEW YORK
Ω ADMITTED IN FLORIDA
Σ ADMITTED IN MASSACHUSETTS

233 HARVARD ST., SUITE 211
BROOKLINE, MASSACHUSETTS 02446
TELEPHONE (617) 566-4200
CELLULAR (617) 784-1100
FACSIMILE (617) 566-4292

June 1, 2023

Hon. Paul G. Gardephe, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY 10007

> RE:   Order on Motion for Summary Judgment
> *Great Lakes Reinsurance (UK) SE v. Peter Herzig*
> S.D.N.Y. Case No. 16-CV-09848-PGG

Dear Judge Gardephe:

Please accept this letter as Plaintiff's response to the Court's direction in the Summary Judgment Order dated May 18, 2023 that Great Lakes Re show cause why the First, Third and Fourth Causes of Action in the Second Amended Complaint should not be dismissed. The undersigned counsel for Plaintiff would respectfully advise the Court that there would be no objection to entry of an Order of Dismissal Without Prejudice as to each of the referenced Causes of Action.

Very truly yours,

THE GOLDMAN MARITIME LAW GROUP

*Steven E. Goldman*

BY:  STEVEN E. GOLDMAN

SEG/vmg
cc: Counsel of record