**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GREAT LAKES REINSURANCE (UK) SE,

                     Plaintiff,

    -against-                                            16 **CIVIL** 9848 (PGG)

                                                                   **JUDGMENT**

PETER HERZIG,

                     Defendant.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated January 31, 2025, the Court finds that Great Lakes is not liable to Herzig on his First, Second, and Third Counterclaims. Judgment entered for Great Lakes and, the case is closed.

**Dated:** New York, New York

      February 3, 2025

                                                         **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                                     **BY:**     _____
                                                          **Deputy Clerk**